UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUTH HEINE, )<br>)<br>       Plaintiff, )<br>)<br>v. )<br>)<br>PARKWAY AUTO REALISATIONS, LLC, )<br>f/k/a AUTO EUROPE, LLC, d/b/a )<br>AUTO EUROPE, )<br>)<br>       Defendants. ) | Civil Action Docket No: 05-11117 REK |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Auto Europe LLC d/b/a Auto Europe (erroneously sued as Parkway Auto Realisations f/k/a Auto Europe LLC d/b/a Auto Europe) states that its parent company A. E. Holdings, Inc. owns more than ten percent of its stock.

Dated: August 4, 2005

/s/ Robert H. Stier, Jr.
Robert H. Stier, Jr. (BBO#646725)

Pierce Atwood LLP
One Monument Square
Portland, ME 04101
(207) 791-1100

*Counsel for Defendant*
*Auto Europe*

{W0380947.2}

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2005, I electronically filed a copy of Defendant's Corporate Disclosure Statement with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Sol J. Cohen, Esquire
BBO# 630776
Cohen & Sales
43 Thorndike Street
Cambridge, MA 02141

/s/ Robert H. Stier, Jr.
Robert H. Stier, Jr. (BBO#646725)