AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Massachusetts _____

RUTH HEINE

V.

PARKWAY AUTO REALISATIONS, L.L.C.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

## 05 - 11117 REK

TO: (Name and address of Defendant)

    Parkway Auto Realisations, L.L.C.
    c/o CT Corporation System
    101 Federal Street
    Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Sol J. Cohen
    Cohen & Sales
    43 Thorndike Street
    Cambridge, MA 02141

an answer to the complaint which is served on you with this summons, within ___twenty___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK     SARAH A. THORNTON     DATE     5-31-05

(By) DEPUTY CLERK

Stamp: FILED CLERK'S OFFICE 2005 SEP -9 P 2: 39 U.S. DISTRICT COURT DISTRICT OF MASS

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
               Date              Signature of Server

_____
Address of Server

---

Suffolk, ss. 

July 22, 2005

I hereby certify and return that on 7/20/2005 at 2:40PM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to Y.Concepcion,Process Clerk,agent at the time of service for Parkway Auto Realistations, LLC, at c/o CT Corporation, 101 Federal Street, Boston, MA. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff John Cotter       _____ Deputy Sheriff

Suffolk County Sheriff's Department • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999  (1)