UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-CV-11117-REK

| | |
|---|---|
| RUTH HEINE | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| PARKWAY AUTO REALISATIONS, L.L.C., | ) |
| f/k/a AUTO EUROPE, L.L.C., | ) |
| d/b/a AUTO EUROPE | ) |
| | ) |
| Defendant | ) |

**PLAINTIFFS' CERTIFICATION OF CONFERENCE PURSUANT TO LOCAL RULE 16.1 (D) (ADDENDUM TO JOINT STATEMENT)**

NOW COMES Sol J. Cohen, attorney for the plaintiff, and hereby certifies that he has conferred with the plaintiff with respect to establishing a budget for the full course of litigation and to consider alternative dispute resolution programs.

Acknowledgement:

_Ruth Heine_
Ruth Heine

By her attorney,

_[signature]_
Sol J. Cohen
BBO # 630776
COHEN & SALES
43 Thorndike Street
Cambridge, MA 02141
(617) 621-1151