**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Ruth Heine
_____
      Plaintiff(s)

    V.

Parkway Auto Realisations, LLC
_____
      Defendant(s)

CIVIL ACTION

NO. 05-11117-WGY

**ORDER OF REFERENCE**
**FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

  After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to _____ADR Program -10/2006_____ for the following ADR program:

  _____ SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION
  ___X___ MEDIATION    _____ MINI-TRIAL
  _____ SUMMARY JURY TRIAL    _____ SETTLEMENT CONFERENCE
  _____ SPECIAL MASTER
  _____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM

  Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program. If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

September 19, 2006                  /s/ William G. Young
_____          _____
    DATE                   UNITED STATES DISTRICT JUDGE

**CASE CATEGORY**

| | | | |
|---|---|---|---|
| Admiralty | _____ | Antitrust | _____ |
| Civil Rights | _____ | Contract | _____ |
| Copyright/Trademark/Patent | _____ | Environmental | _____ |
| ERISA | _____ | FELA | _____ |
| Labor Relations | _____ | Medical Malpractice | _____ |
| Personal Injury | _____ | Product Liability | _____ |
| Shareholder Dispute | _____ | | |
| Other | | _____ | |

(ADR Referral.wpd - 4/12/2000)                           [orefadr.]