UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUTH HEINE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PARKWAY AUTO REALISATIONS, LLC, )<br>f/k/a AUTO EUROPE, LLC, d/b/a )<br>AUTO EUROPE, )<br>)<br>Defendant. ) | Civil Action Docket No: 05-11117 REK |

**JOINT MOTION TO CONTINUE MEDIATION DATE TO FEBRUARY 1, 2007**

NOW COME the parties in the above-entitled matter and respectfully seek leave to continue the mediation scheduled for January 23, 2007 until February 1, 2007. As grounds therefore, the parties state as follows:

1. United States Magistrate Judge Robert B. Collings set mediation in this matter for January 23, 2007.

2. One of the parties is unavailable on that date. Counsel have conferred and determined that both parties and counsel are available for mediation on February 1, 2007.

WHEREFORE, the parties seek leave to continue the mediation from January 23, 2007 to February 1, 2007.

Dated: January 4, 2007

Respectfully submitted,

| For the Plaintiff | For the Defendant |
|---|---|
| /s/ Sol J. Cohen | /s/ Ella L. Brown |
| Sol J. Cohen | Ella L. Brown , Admitted *Pro Hac Vice* |
| BBO # 630776 | Robert Stier, Jr., BBO # 646725 |
| Cohen & Sales | Pierce Atwood LLP |
| 43 Thorndike Street | One Monument Square |
| Cambridge, MA 02141 | Portland, Maine 04101 |
| 617-621-1151 | 207-791-1100 |
| CohenSales@aol.com | ebrown@pierceatwood.com |

{W0651896.1}

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2007, I electronically filed Consented to Motion to Continue Mediation Date to February 1, 2007 using the ECF system which will send notification of such filing(s) to the following:

Sol J. Cohen, Esquire
BBO # 630776
Cohen & Sales
43 Thorndike Street
Cambridge, MA 02141

/s/ Ella L. Brown
Ella L. Brown
Admitted *Pro Hac Vice*

Pierce Atwood LLP
One Monument Square
Portland, Maine 04101
207-791-1100
ebrown@pierceatwood.com

*Counsel for Defendant*