# United States District Court
# District of Massachusetts

**RUTH HEINE,**
    **Plaintiff,**

        v.                                  CIVIL ACTION NO. 2005-11117-LTS

**PARKWAY AUTO REALISATIONS, LLC., etc.,**
    **Defendant.**

## *REPORT RE: REFERENCE FOR* *ALTERNATIVE DISPUTE RESOLUTION TO JUDGE*

COLLINGS, U.S.M.J.

On February 1, 2007,  I held the following ADR proceeding:

| | | | |
|---|---|---|---|
| _____ | EARLY NEUTRAL EVALUATION | __X__ | MEDIATION |
| _____ | MINI-TRIAL | _____ | SUMMARY JURY TRIAL |
| _____ | SETTLEMENT CONFERENCE | | |

Plaintiff's and defendant's counsel participated; a representative the defendant and the plaintiff Heine were present.

[X ]    The case was SETTLED ; your Clerk should issue a 30-day Order.


February 1, 2007                          *Robert B. Collings*
DATE                                      ROBERT B. COLLINGS
                                          United States Magistrate Judge


Copy to:    Judge Sorokin
            Rebecca Tyler, Esquire,
            Counsel for all parties.